963-15

# ELECTRONIC RECORD

COA # 14-13-01068-CR

OFFENSE: Assault

STYLE: Ajah Marie Foster v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 184th District Court

DATE: June 11, 2015     Publish: No

TC CASE #:1388752

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ajah Marie Foster v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __11/04/2015__

JUDGE: _Per Curiam_

CCA Disposition: _____963-15_____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**